IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 12-31472 |
| GAVIN LONG | * | (Chapter 13) |
| Debtor(s) | * | Judge Guy R. Humphrey |
| | * | **NOTICE OF CHANGE OF ADDRESS** |

_____

      Now come(s) the debtor(s), Gavin Long , by and through counsel, and hereby gives notice to the Court that, since the time of filing his petition, his address has changed to: 4627 Birchdale Street, Kettering, OH 45440.

      Respectfully submitted,

_/s/ Harold W. Wampler, III __
Harold W. Wampler, III  0023265
1343 Woodman Drive
Dayton, Ohio 45432
(937) 252-0002 Fax: (440) 334-5225
Email: hwampler@woh.rr.com
Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

A copy hereof was served by regular U. S. Mail.

Gavin Long, 4627 Birchdale Street, Kettering, OH 45440
Chapter 13 Trustee, by electronic notice
U. S. Trustee, by electronic notice.

                                                  /s/ Harold W. Wampler, III
7/31/15                                          Harold W. Wampler, III
                                                  Attorney for Debtor(s)